# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jose Alonso SALDANA ALANIZ<br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  06/01/2022  in the county of  Webb  in the
Southern District of  Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922 (g)(5)(A) | Knowing that a person is an alien illegally or unlawfully in the United States, knowingly possessed ammunition |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

/s/ Jose Morales
*Complainant's signature*

Submitted by reliable electronic
means per Fed.R.Crim.P. 4.1, Jose Morales
sworn to and signature attested
telephonically on June 3, 2022,
at Laredo, Texas.

*Diana Song Quiroga*
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

# Attachment A

I, Jose Morales, a Task Force Agent assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), have knowledge of the following facts:

1. On or about June 1, 2022, the Laredo Webb County Sheriffs Office (LWCSO) responded to an apartment complex located at 3100 block of Flores Street (hereinafter residence) in Laredo, Texas. Once LWCSO arrived on scene, officers received written consent to search residence from current and sole resident, Jose Alonso SALDANA-Alaniz (hereinafter SALDANA).

2. While searching the residence, officers noticed several green boxes (military type ammo boxes) and a big carton box containing several boxes inside within the shower area. The green boxes contained approximately 4,300 rounds of .50 caliber ammunition, and the several boxes of carton contained approximately 5,000 rounds of 5.56-millimeter ammunition.

3. LWCSO advised ATF of the event and ATF agents responded to the residence. Once at the residence, ATF agents were informed that SALDANA had been apprehended in connection to the seizure. ATF agents conducted and interview of SALDANA at the LWCSO sub-station.

4. ATF agents advised SALDANA of his Miranda Rights in Spanish. SALDANA waived his Miranda rights by signing ATF Form 3200 and agreed to answer ATF agents' questions. During the interview, SALDANA admitted being a Mexican citizen with no legal right to be in or remain in the United States (U.S.). SALDANA stated he has been living at the residence alone for approximately three (3) weeks and had knowledge of the ammunition that was found in the residence.

5. SALDANA-Alaniz was arrested and transported to the Webb County Jail.